**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rita Marshal O'NEIL, Defendant–**
**Appellant.**

**No. 15–7098.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 14, 2015.

Rita Marshal O'neil, Appellant Pro Se. Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rita Marshal O'neil appeals the district court's order granting her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. O'neil,* No. 4:10–cr–00203–TLW–7 (D.S.C. June 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*